| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
|  | Federal Defender |
| 2 | RACHELLE BARBOUR, #185395 |
|  | Assistant Federal Defender |
| 3 | OFFICE OF THE FEDERAL DEFENDER |
|  | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA  95814 |
|  | Tel: 916-498-5700/Fax 916-498-5710 |

Attorney for Defendant
MICHAEL MERRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:20-MJ-00147-AC |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | [PROPOSED] ORDER REGARDING |
| v. | ) | RELEASE |
|  | ) |  |
|  | ) | Judge:   Hon. Alison Claire |
| MICHAEL MERRICK, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

The parties have filed a stipulation that Mr. Merrick be released on Monday, September 28, 2020 at 9:00 a.m.  (Docket 2.). The Court hereby adopts their stipulation and Orders that Mr. Merrick be released today as soon as possible.  Mr. Merrick is ordered to obey all terms and conditions of his previously-imposed term of supervised release.  Mr. Merrick is ordered to appear in the District Court for the Southern District of California at the time and date set in that District.

IT IS SO ORDERED.

Dated: September 28, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE