UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 28, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL MERRICK,

    Defendant.

Case No. 2:20-MJ-00147-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL MERRICK , Case No. 2:20-MJ-00147-AC  Charge Supervise Release Violation , from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

        \_\_\_\_\_ Unsecured Appearance Bond $ _____

        \_\_\_\_\_ Appearance Bond with 10% Deposit

        \_\_\_\_\_ Appearance Bond with Surety

        \_\_\_\_\_ Corporate Surety Bail Bond

        __X__ (Other): Conditions as stated in the stipulation.

Issued at Sacramento, California on September 28, 2020 at 10:00 am

By: _/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE